IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYLVIA BRUNSON,<br>Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br>Defendant. | : | No. 10-6540 |

**FILED**
MAY 23 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

<u>ORDER</u>

BERLE M. SCHILLER, J.

AND NOW, this 23 day of MAY, 2011, upon consideration of Plaintiff's request for review, and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's request for reversal is DENIED.

3. Judgment is entered in favor of the Commissioner.

BY THE COURT:

_____
BERLE M. SCHILLER, J.